# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

JASON TALAVERA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0906

————————————————

February 18, 2026

Appeal from the Circuit Court for Hillsborough County; Barbara Twine Thomas, Judge.

Blair Allen, Public Defender, and Maura Jean Kiefer, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Krystle Celine Cacci, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


NORTHCUTT, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.